■ In the Matter of HEADLEY N. WILSON, Appellant-Respondent, v ALPHONSE E. D'AMBROSE et al., Respondents-Appellants.—Cross appeals from order of the Supreme Court, New York County, entered on December 24, 1976 withdrawn, without costs. Concur—Kupferman, J. P., Lupiano, Birns and Capozzoli, JJ.